

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DOE 1, | No. CV 26-2331-DMG (MAR) |
| Plaintiff, | **ORDER RE STIPULATION FOR PRELIMINARY INJUNCTION [51]** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Defendants. | |

For good cause shown, the parties' stipulation for preliminary injunction and to vacate the hearing on Plaintiff's Motion for Preliminary Injunction is **APPROVED**. [Doc. # 51.]

The Court hereby enters a preliminary injunction on the same terms as the Court's March 30, 2026 Order granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order. [Doc. # 48.] Specifically, **IT IS ORDERED** that Defendants, their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are **ENJOINED** from detaining John Doe 2, Real Party in Interest, during the pendency of these proceedings. During the course of these proceedings, Defendants shall not interfere with John Doe 2's ability to remain within the custody and care of his conservator, within this judicial district, and able to appear at any hearings in this action, if necessary, to ensure the orderly disposition of his claims.

The March 30, 2026 Order to Show Cause to Defendants is **DISCHARGED**. [Doc. # 48.] The April 13, 2026, hearing on Plaintiff's Motion for Preliminary Injunction is **VACATED**. *Id.*

Plaintiff's motion for Preliminary Injunction, filed on March 13, 2026, is **DENIED as moot**. [Doc. # 18.]

The parties will advise the Court if there are any developments that warrant the Court's attention.

**IT IS SO ORDERED.**

DATED: April 3, 2026

_____
DOLLY M. GEE
Chief United States District Judge

1